IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* RoseMarie De Souza *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRAZENECA PLC *et al.*,<br><br>Defendants. | NOV 15 2010<br>David J. Bradley, Clerk of Court<br><br>CIVIL ACTION NO. 10-465<br><br>FILED UNDER SEAL |

## LAYNE FOOTE'S UNOPPOSED MOTION FOR LEAVE
## TO WITHDRAW MOTION TO TRANSFER AND
## OPPOSITION TO MOTION TO DETERMINE FIRST-TO-FILE STATUS

Intervenor Layne Foote, by counsel, hereby moves this Court for leave to withdraw (i) his Motion to Transfer, which was filed under seal in this Court on October 22, 2010; and (ii) his Opposition to Relator De Souza's Motion to Determine First-to-File Satus, which also was filed under seal in this Court on October 22, 2010. A proposed order is attached.

As this Motion is prompted by, and expressly made in consideration for, Relator De Souza's withdrawal of her Motion to Determine First-to-File status, Intervenor Foote requests that this Motion be granted without prejudice to his right to refile his Motion to Transfer and/or his Opposition, or to present similar arguments, at a later date.

133569.00601/36048148v.1

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
By _____
Deputy Clerk

Respectfully submitted,

DATED: November 12, 2010

*Doug K. Butler* /WSS

Doug K. Butler
Attorney-In-Charge
S.D. No. 9271
State Bar No. 03516050

FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone: 214-939-2000
Facsimile: 214-939-2090

Of Counsel:

W. Scott Simmer (*pro hac vice pending*)
Alan M. Freeman (*pro hac vice pending*)
Andrew M. Miller (*pro hac vice pending*)
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Telephone: 202-772-5800
Facsimile: 202-772-5858

*Counsel for Intervenor Layne Foote*

## CERTIFICATE OF SERVICE

I hereby certify that on **November 12, 2010,** a true and correct copy of the foregoing document was sent to Joel Androphy via express mail and to all other parties listed on the attached Service List either via first class mail or electronic mail where an email address is provided.

Doug K. Butler/wsj
Doug K. Butler

## SERVICE LIST

Eric Holder
United States Attorney General
United States Department of Justice
National Place Building
Room 950 North
1331 Pennsylvania Avenue
Washington, DC 20004

Seth Beausang, AUSA
Ilana Eisenstein, AUSA
Lawrence Kutys, AUSA
United States Attorney's Office
District of Delaware
P.O. Box 2046
Wilmington, DE 19899
*seth.beausang@usdoj.gov*
*ilana.eisenstein@usdoj.gov*
*lawrence.kutys@usdoj.gov*

Jill Venezia, AUSA
U.S. Attorney's Office
Southern District of Texas
P.O. Box 61129
Houston, TX 77208
*jill.venezia@usdoj.gov*

Kimberly I. Friday
United States Department of Justice
Civil Fraud Division
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
*kimberly.i.friday@usdoj.gov*

Allan Gordus, Trial Attorney
United States Department of Justice
Office of Consumer Litigation
P.O. Box 386
Washington, DC 20044
*allan.gordus@usdoj.gov*

Edmond Brown
California Attorney General
Medi-Cal Fraud & Elder Abuse
PO Box 944355
Sacramento, CA 94244

Carlotta Hivoral, Deputy Attorney General
California Department of Justice
Office of the Attorney General
1455 Frazee Road, Suite 315
San Diego, CA 92108
*carlotta.hivoral@doj.ca.gov*

Richard Blumenthal, Attorney General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06106-0120

Robert Teitelman, Asst Attorney General
Office of the Attorney General
55 Elm Street
Hartford, CT 06106-0120

Christina Showalter, Director
Delaware Medicaid Fraud Unit
Office of the Attorney General
The Carvel State Office Building
820 N French Street
Wilmington, DE 19801
*christina.showalter@state.de.us*

133569.00601/36049428v.1

Jane Drummey, Asst. Attorney General
Civil Enforcement Section
Civil Litigation Division
Office of the Atty. Gen., District of Columbia
441 Fourth Street, Suite 650 North
Washington, DC 20001
*jane.drummey@dc.gov*

Susan Kennedy
Inspector General's Office
Medicaid Fraud Control Unit
717 14th Street, NW
5th Floor
Washington, DC 20005

David Lewis, Director
Medicaid Fraud Control Unit
Office of the Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050
*david.lewis@myfloridalegal.com*
*mark.bodner@myfloridalegal.com*

Regina Keenan, Senior Attorney
State of Florida
Department of Financial Services
200 East Gaines Street
Tallahassee, FL 32399-0300
*regina.keenan@myfloridacfo.com*

Nancy B. Allstrom
Senior Assistant Attorney General
State Health Care Fraud Control Unit
2100 East Exchange Place
Building One, Suite 200
Tucker, GA 30084
*nancy.allstrom@mfcu.ga.gov*

Charles Richards
State Health Care Fraud Control Unit
2100 East Exchange Place
Building One, Suite 200
Tucker, GA 3008

Michael L. Parrish, Director
Medicaid Fraud Control Unit of Hawaii
333 Queen Street
10th Floor
Honolulu, HI 96813
*michael.l.parrish@hawaii.gov*

Patrick Keenan, Bureau Chief
Medicaid Fraud Unit
Office of the Attorney General
100 W. Randolph Street, 12th Floor
Chicago, IL 60601
*pkeenan@atg.state.il.us*

Greg Zoeller, Attorney General
Office of the Indiana Attorney General
Indiana Government Center South
302 W. Washington Street, 5th Floor
Indianapolis, IN 46204

David Thomas, Inspector General
Indiana Office of Inspector General
315 W. Ohio Street, Room 104
Indianapolis, IN 46202

Jessica Harlan
Medicaid Fraud Unit
Indiana Attorney General
8005 Castleway Drive
Indianapolis, IN 46250

Nicholas Diez, Asst. Attorney General
Office of the Attorney General
State of Louisiana
1885 N. 3rd Street
Baton Rouge, LA 70802

Martha Coakley, Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108

Robert Patten, Asst. Attorney General
Massachusetts Attorney General's Office
Medicaid Fraud Control Unit
One Ashburton Place
Boston, MA 02108

2

Mike Cox, Attorney General
c/o Mark W. Matus, First Assistant
Office of the Attorney General
Health Care Fraud Division
2860 Eyde Parkway
East Lansing, MI 48823

Wallace Hart
Office of the Attorney General
Health Care Fraud Division
2860 Eyde Parkway
East Lansing, MI 48823

Jon Ellingson, Asst. Attorney General
Department of Justice
P.O. Box 201401
Helena, MT 59620-1401
*jellingson@mt.gov*

Debrah Fosket
Montana Attorney General's Office
Medicaid Fraud Control
2225 11th Avenue
Helena, MT 59620

Mark Kemberling, Director
Medicaid Fraud Control Unit
Nevada Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717
*mkemberling@ag.nv.gov*

Jeffrey Cahill, Director
Medicaid Fraud Control Unit
New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301
*jcahill@doj.nh.gov*

Paula T. Dow, Acting Attorney General
Office of the Attorney General
P.O. Box 080
Trenton, NJ 08625-0080

John Krayniak
Office of the Attorney General
Medicaid Fraud Unit
25 Market Street, P.O. Box 085
Trenton, NJ 08625

Gary K. King, Attorney General
New Mexico Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Liz Staley
New Mexico Attorney General's Office
Medicaid Fraud Unit
111 Lomas Blvd. NE, Suite 300
Albuquerque, NM 87102

Mark Reynolds
Acting General Counsel
New Mexico Department of Human Services
P.O. Box 2348
Santa Fe, NM 87504-2348

Monica J. Hickey-Martin
First Asst. Attorney General for Legal Affairs
Medicaid Fraud Control Unit
Office of the New York State Attorney General
120 Broadway, 13th Floor
New York, NY 10271
*monica.hickeymartin@ag.ny.gov*

Margot Schoenborn
Medicaid Fraud Center
Office of the New York State Attorney General
120 Broadway, 13th Floor
New York, NY 10271

F. Edward Kirby, Jr.
Assistant Attorney General
North Carolina Department of Justice
3824 Barrett Drive, Suite 200
Raleigh, NC 27609
*fkirby@ncdoj.gov*

3

Greg Metcalfe, Director
Patient Abuse & Medicaid Fraud Control Unit
Office of the Attorney General
State of Oklahoma
313 NE 21st Street
Oklahoma City, OK 73105
*greg.metcalfe@oag.ok.gov*

Don Brown
Medicaid Fraud Control Unit
Office of the Attorney General
4545 N. Lincoln Blvd., #260
Oklahoma City, OK 73105

James Dube, Director
Medicaid Fraud and Patient Abuse Unit
150 S. Main Street
Providence, RI 02903
*jdube@riag.ri.gov*

Robert E. Cooper, Jr., Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207

Benjamin White, Asst. Attorney General
Healthcare Division
P.O. Box 20207
Nashville, TN 37202

Greg T. Kinskey, Asst. Attorney General
Office of the Texas Attorney General
Civil Medicaid Fraud Division
P.O. Box 12548
Austin, TX 78711-2548
*greg.kinskey@oag.state.tx.us*

Kenneth T. Cuccinelli, II, Attorney General
Office of the Attorney General
900 East Main Street
Richmond, VA 23219

Candice Hooper, Asst. Attorney General
Office of the Attorney General
Medicaid Fraud Unit
900 East Main Street
Richmond, VA 23219

J.B. Van Hollen
Wisconsin Attorney General
P.O. Box 7857
Madison, WI 53707

Tom Storm, Director
Wisconsin Department of Justice
Division of Legal Services
Medicaid Fraud Control Unit
17 West Main Street
Madison, WI 53707

Joel Androphy, Esq.
Berg & Androphy
3704 Travis Street
Houston, TX 77002
*jandrophy@bafirm.com*

4

133569.00601/36049428v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> *ex rel.* RoseMarie De Souza *et al.*, § <br> § <br> Plaintiffs, § <br> § | CIVIL ACTION NO. 10-465 |
| v. § <br> § | FILED UNDER SEAL |
| ASTRAZENECA PLC *et al.*, § <br> § <br> Defendants. § | |

## ORDER

Intervenor Layne Foote filed his Unopposed Motion for Leave to Withdraw Motion to Transfer and Opposition to Relator De Souza's Motion to Determine First-to-File Status on November 12, 2010. Upon due consideration, it is hereby

ORDERED, ADJUDGED, AND DECREED that Foote's Motion be, and it hereby is, GRANTED.

FURTHER ORDERED, ADJUDGED, AND DECREED that Intervenor Foote's Motion to Transfer and his Opposition to Relator De Souza's Motion to Determine First-to-File Status are hereby withdrawn without prejudice to Intervenor Foote's right to refile the same, or to present similar arguments, at a later date.

133569.00601/36048148v.1

Signed on _____, 2010

                                            **THE HONORABLE DAVID HITTNER**
                                            **UNITED STATES DISTRICT JUDGE**