Case 1:12-cv-00756-SLR   Document 41   Filed 11/17/10   Page 1 of 2 PageID #: 599
Case 4:10-cv-00465 *SEALED*   Document 41   Filed in TXSD on 11/17/10   Page 1 of 2
Case 4:10-cv-00465 *SEALED*   Document 40-1   Filed in TXSD on 11/15/10   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* RoseMarie De Souza *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRAZENECA PLC *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 10-465<br>§<br>§   FILED UNDER SEAL<br>§<br>§<br>§ |

## ORDER

Intervenor Layne Foote filed his Unopposed Motion for Leave to Withdraw Motion to Transfer and Opposition to Relator De Souza's Motion to Determine First-to-File Status on November 12, 2010. Upon due consideration, it is hereby

ORDERED, ADJUDGED, AND DECREED that Foote's Motion be, and it hereby is, GRANTED.

FURTHER ORDERED, ADJUDGED, AND DECREED that Intervenor Foote's Motion to Transfer and his Opposition to Relator De Souza's Motion to Determine First-to-File Status are hereby withdrawn without prejudice to Intervenor Foote's right to refile the same, or to present similar arguments, at a later date.

TRUE COPY I CERTIFY
ATTEST
J. BRADLEY, Clerk of Court
_____
Deputy Clerk

133569.00601/36048148v.1

Case 1:12-cv-00756-SLR   Document 41   Filed 11/17/10   Page 2 of 2 PageID #: 600
Case 4:10-cv-00465 *SEALED*   Document 41   Filed in TXSD on 11/17/10   Page 2 of 2
Case 4:10-cv-00465 *SEALED*   Document 40-1   Filed in TXSD on 11/15/10   Page 2 of 2

Signed on __Nov 17__, 2010

_____
THE HONORABLE DAVID HITTNER
UNITED STATES DISTRICT JUDGE