IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**SEALED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    *ex rel.* RoseMarie De Souza | § | CIVIL ACTION NO. 10-465 |
|    and RoseMarie De Souza | § | |
|    individually, et al. | § | |
|    Plaintiffs, | § | FILED UNDER SEAL |
| | § | |
| v. | § | |
| | § | |
| ASTRAZENECA PLC, | § | |
| ASTRAZENECA | § | |
| PHARMACEUTICALS, LP, | § | |
|    Defendants. | § | |

United States Courts
Southern District of Texas
FILED

DEC 1 2 2011

David J. Bradley, Clerk of Court

### RELATOR ROSEMARIE DE SOUZA'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Relator RoseMarie De Souza ("Relator") files this Motion for Leave to File Second Amended Complaint and, in support, shows as follows:

Relator filed her Original Complaint on February 15, 2010. Relator subsequently filed her First Amended Complaint on February 26, 2010. Relator now requests motion for leave to file her Second Amended Complaint, attached as Exhibit A, to add as plaintiffs states that have enacted *qui tam* statutes since the filing of Relator's First Amended Complaint, to address new legislation and case law regarding the False Claims Act, and to clarify the scope of a Corporate Integrity Agreement entered into by Defendants.

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
By _____
                 Deputy Clerk

The United States and the various states on whose behalf Relator brings this suit have raised no opposition to this motion.

Respectfully submitted,

*/s/ Kathryn E. Nelson*
Joel M. Androphy
State Bar No. 01254700
S.D. Tex. 53457
Kathryn E. Nelson
State Bar No. 24037166
S.D. Tex. Bar No. 36108
Ashley Gargour
State Bar No. 24065272
S.D. Tex. 1040478
Berg & Androphy
3704 Travis Street
Houston, Texas 77002
Telephone (713) 529-5622
Facsimile (713) 529-3785
Email: jandrophy@bafirm.com
Email: knelson@bafirm.com
Email: agargour@bafirm.com

**ATTORNEYS FOR RELATOR
ROSEMARIE DE SOUZA**

## CERTIFICATE OF CONFERENCE

Relator's counsel forwarded the proposed complaint on December 8, 2011 to the United States Attorney's Office in the Southern District of Texas and the Attorney General offices of the States of California, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Michigan, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Wisconsin, the Commonwealths of Massachusetts and Virginia, and the District of Columbia, and have received no communications expressing opposition.

_____
Kathryn E. Nelson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was forwarded via the United States Mail, certified, return receipt requested, by facsimile, or by messenger to the United States Attorney's Office in the Southern District of Texas, and the Department of Justice in Washington, D.C., and the Attorneys General of the *Qui Tam* States and the District of Columbia on December 12, 2011.

_____
Kathryn E. Nelson

3

Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* RoseMarie De Souza <br> and RoseMarie De Souza <br> individually, et al. <br> Plaintiffs, <br><br> v. <br><br> ASTRAZENECA PLC, <br> ASTRAZENECA <br> PHARMACEUTICALS, LP, <br> Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. 10-465 <br><br> FILED UNDER SEAL |

## ORDER GRANTING RELATOR ROSEMARIE DE SOUZA'S
## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Relator RoseMarie De Souza's Motion for Leave to File Second Amended Complaint is GRANTED and the Complaint attached to that Motion as Exhibit A is hereby ENTERED of record as filed on this date.

SIGNED on _____.

_____
UNITED STATES DISTRICT JUDGE