# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ROSEMARIE DE SOUZA,<br>　　　*Plaintiffs*,<br><br>v.<br><br>ASTRAZENECA PLC; ASTRAZENECA PHARMACEUTICALS LP,<br>　　　*Defendants*. | Civ. No. 12-756-SLR |

## RELATOR ROSEMARIE DE SOUZA'S NOTICE
## OF DISMISSAL OF CLAIMS UNDER FEDERAL FALSE CLAIMS ACT

Relator RoseMarie De Souza hereby dismisses without prejudice her claims against defendants AstraZeneca PLC and AstraZeneca Pharmaceuticals LP in Counts I, II, III, and IV of her Second Amended Complaint under the Federal False Claims Act, 31 U.S.C. § 3729(a), et seq., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: January 23, 2015　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Joel Friedlander*
　　　　　　　　　　　　　　　　　　　Joel Friedlander (Bar No. 3163)
　　　　　　　　　　　　　　　　　　　Christopher M. Foulds (Bar No. 5169)
　　　　　　　　　　　　　　　　　　　FRIEDLANDER & GORRIS, P.A.
　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 1400
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801 (302) 573-3500
　　　　　　　　　　　　　　　　　　　jfriedlander@friedlandergorris.com
　　　　　　　　　　　　　　　　　　　cfoulds@friedlandergorris.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Relator RoseMarie De Souza*

OF COUNSEL:

Joel M. Androphy
Sarah M. Frazier
BERG & ANDROPHY
3704 Travis Street
Houston, TX 77002
(713) 529-5622
jandrophy@bafirm.com
sfrazier@bafirm.com

{FG-W0384521.}

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2015, a true and correct copy of **Relator RoseMarie DeSouza's Notice of Dismissal of Claims Under Federal False Claims Act** was served upon Morgan Lewis & Bockius, LLP, counsel for AstraZeneca, by CM/ECF, and by either electronic mail or facsimile upon the United States Attorney's Office in the Southern District of Texas, the Department of Justice in Washington, D.C., and the Attorneys General of the Qui Tam States and the District of Columbia..

>　　　　　　　　　　　　　　*/s/ Joel Friedlander*
>　　　　　　　　　　　　　　Joel Friedlander (Bar No. 3163)